

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00474-CV

PLEASANTON HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT CORPORATION AND ISMAEL GALLEGOS, JOEY MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN CASHMER, AND BRANDON HICKS, IN THEIR OFFICIAL CAPACITIES AS BOARD MEMBERS OF PLEASANTON HOUSING FINANCE CORPORATION, Appellants

V.

CITY OF LAKE WORTH, TEXAS, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-364430-25

---

AND

No. 02-25-00475-CV

PECOS HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT CORPORATION; PLEASANTON HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT CORPORATION; LA VILLA HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT CORPORATION; AND MAVERICK COUNTY HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT CORPORATION, Appellants

V.

CITY OF ARLINGTON AND CITY OF FORT WORTH, Appellees

_____

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-363561-25

_____

AND

No. 02-25-00476-CV

PECOS HOUSING FINANCE CORPORATION, A TEXAS NONPROFIT
CORPORATION AND CARA TURN, MARIBEL ALVAREZ, AND IRENE
DOMINGUEZ, IN THEIR OFFICIAL CAPACITIES AS BOARD MEMBERS OF
PECOS HOUSING FINANCE CORPORATION, Appellants

V.

CITY OF HALTOM CITY, TEXAS, Appellee

_____

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-364135-25

_____

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

On Appellants' unopposed motion, we consolidated appellate cause numbers 02-25-00474-CV, 02-25-00475-CV, and 02-25-00476-CV. On our own motion, we hereby vacate the part of our September 17, 2025 order that consolidated cause number 02-25-00474-CV with the other two cause numbers. Cause numbers 02-25-00475-CV and 02-25-00476-CV remain consolidated.

Appellants' briefs were due on October 6, 2025. In cause number 02-25-00474-CV, no brief was filed by the appellants in that cause: Pleasanton Housing Finance Corporation, a Texas Nonprofit Corporation, and Ismael Gallegos, Joey Macon, Mark Pinkston, Zachary Pawelek, Scott Ferguson, Lilian Cashmer, and Brandon Hicks, in their official capacities as board members of Pleasanton Housing Finance Corporation. Similarly, in cause number 02-25-00475-CV, although we received a brief from Appellant Pecos Housing Finance Corporation, a Texas Nonprofit Corporation, no brief was filed by the three other appellants in that cause: Pleasanton Housing Finance Corporation, a Texas Nonprofit Corporation; La Villa Housing Finance Corporation, a Texas Nonprofit Corporation; and Maverick County Housing Finance Corporation, a Texas Nonprofit Corporation.

On December 5, 2025, we notified all Appellants in cause number 02-25-00474-CV and Appellants Pleasanton, La Villa, and Maverick in cause number 02-25-00475-CV that their briefs had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss their appeals for want of

prosecution unless, within ten days, those Appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellants in cause number 02-25-00474-CV and Appellants Pleasanton, La Villa, and Maverick in cause number 02-25-00475-CV have failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss their appeals for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). In cause number 02-25-00475-CV, the style of the case shall hereinafter be *Pecos Housing Finance Corporation, a Texas Nonprofit Corporation v. City of Arlington and City of Fort Worth.*

Per Curiam

Delivered:  January 15, 2026